# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN A. HARPSTER, | : | |
| Plaintiff | : | Action No. 3:16-CV-0908 |
| | : | |
| v. | : | (Judge Nealon) |
| | : | |
| CAROLYN W. COLVIN, | : | (Magistrate Judge Carlson) |
| Acting Commissioner of Social Security, | : | |
| Defendant | : | |

## ORDER

**AND NOW, THIS 22ND DAY OF MARCH, 2017**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation, (Doc. 17), is **ADOPTED**;

2. Plaintiff's objections, (Docs. 18 and 19), are **OVERRULED**;

3. Plaintiff's appeal of the decision of the Commissioner of the Social Security Administration, (Doc. 1), is **DENIED**;

4. The Commissioner's decision denying Plaintiff John A. Harpster disability insurance benefits and supplemental security income is **AFFIRMED**;

5. Judgment is **ENTERED** in favor of Defendant and against Plaintiff; and

6. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**